People of State of Illinois, Plaintiff-Appellee, v. Louis
H. Gregory, Defendant-Appellant, and Carolina
Casualty Insurance Company, a North Carolina
Corporation, Surety-Appellant.

Gen. No. 46,469.

First District, Third Division.

March 16, 1955.

Released for publication April 7, 1955.

Moore, Ming & Leighton, for appellant; George N. Leighton, and
Albert W. Jones, of counsel; John Gutknecht, State's Attorney, for
appellee; Gordon Nash, Albert I. Zemel, and Charles D. Snewind,
Assistant State's Attorneys, of counsel. Opinion by JUSTICE
LEWE. Not to be published in full.